**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EDUARDO FIGUEROA NEGRON,**

**Plaintiff,**

**v.** **Case No: 8:26-cv-1507-MSS-NHA**

**MARTHA MENDEZ,**

**Defendant.**

---

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Complaint. (Dkt. 1) On May 21, 2026, United States Magistrate Judge Natalie Hirt Adams entered an Order denying without prejudice Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to file an amended complaint on or before June 22, 2026. (Dkt. 3) On July 14, 2026, after Plaintiff failed to file an amended complaint, Judge Adams issued a Report and Recommendation, (Dkt. 4), recommending that this case be dismissed without prejudice. (Id.) Plaintiff has not objected to the Report and Recommendation, and the deadline for doing so has passed. Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DISMISSES** Plaintiff's Complaint.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1);

Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 4), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Complaint, (Dkt. 1), is **DISMISSED**.

3. The Clerk is **DIRECTED** to **TERMINATE** any pending motions and **CLOSE** this case

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of July 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person